NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATHANIEL MCDANIEL,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3183

---

Petition for review of the Merit Systems Protection Board in case no. SF0353110075-I-2.

---

**ON MOTION**

---

**ORDER**

Nathaniel McDaniel moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Nathaniel McDaniel
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2012

JAN HORBALY
CLERK